**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION-BAY CITY**

In the Matter of:

WALTER DEAN CANELL,           Case No. 08-20023-DSO
                                               Chapter 7
                                               HON. Daniel S. Opperman

              Debtor.
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Claimant | Claim No. | Amount of Dividend |
|---|---|---|
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | 6 | $1.39 |
| **Total:** | | **$1.39** |

Dated: March 16, 2011                   */s/ Karen E. Evangelista (P36144)*
                                                    Karen E Evangelista, Trustee
                                                    439 S. Main St., Suite 250
                                                    Rochester, MI 48307
                                                    (248) 652-7992
                                                    brewera1008@yahoo.com